# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GOMEZ SERRATO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-08408-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION TO SET AN AMENDMENT SCHEDULE AND COMPLETION OF THE RECORD |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 5, 2026, Petitioner filed a motion to set an amendment schedule and require completion of the record. (ECF No. 14.)

Within **FIVE (5) days** of the date of service of this order, Respondent SHALL FILE a response to the motion.

IT IS SO ORDERED.

Dated: **November 6, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE