# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GOMEZ SERRATO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-08408-JLT-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO SET AMENDMENT SCHEDULE AND DENYING AS MOOT MOTION TO REQUIRE COMPLETION OF RECORD<br><br>(ECF No. 14) |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 5, 2026, Petitioner filed a motion to set an amendment schedule and require completion of the record. (ECF No. 14.) On November 11, 2026, Respondent filed a response, stating that Petitioner's counsel was provided with the audio recording of the bond hearing in question, the substantive pleadings from the prior two cases, and any additional agency records that were immediately available. (ECF No. 17 at 1.) Further, "Respondent does not oppose the Court setting a briefing schedule, and does not oppose the Court holding Respondent's motion to dismiss in abeyance, until such time as Respondent is prepared to respond to any amended petition filed by Petitioner." (Id.)

Accordingly, the Court HEREBY ORDERS that:

1. The motion to require completion of the record (ECF No. 14) is DENIED as moot.

2. The motion to set amendment schedule (ECF No. 14) is GRANTED.
3. Within **TWENTY-ONE (21) days** after entry of this order, Petitioner SHALL FILE in this action either an amended petition, if amendment as of right remains available, or a motion for leave to amend with the complete proposed amended petition attached. If missing record materials prevent a complete submission by that deadline, Petitioner shall instead file a status report identifying the missing materials and requesting a specific revised deadline. This order does not grant advance leave to file an amended petition or decide whether any claim is exhausted.
4. The Court defers ruling on Respondent's motion to dismiss, ECF No. 10, pending Petitioner's submission under paragraph 3 and any further briefing ordered by the Court. Any response or additional briefing shall be governed by further order.
5. This action and No. 1:26-cv-05827-JLT-EPG remain related and are not consolidated by this order. Further coordination of the actions is reserved pending the counseled submission. Appointed counsel shall continue to represent Petitioner in this action.

IT IS SO ORDERED.

Dated: **November 12, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE